# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Meltech/W.M. Schlosser LLC BJV | ) | ASBCA No. 59352 |
| | ) | |
| Under Contract No. W91ZLK-07-D-0116 | ) | |

APPEARANCE FOR THE APPELLANT:      Michael J. Cohen, Esq.
       Hyattsville, MD

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
       Army Chief Trial Attorney
       CPT Matthew A. Freeman, JA
       Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 December 2015

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59352, Appeal of Meltech/W.M. Schlosser LLC BJV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals